

**FRANK P. TISCIONE**
PARTNER
(516) 357-3315
Frank.tiscione@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

February 28, 2024

**By ECF**
Honorable Vera M. Scanlon
United District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   Liberty Mutual Insurance Company, et al. v. Vavikova, et al.
>       Docket No. 23-cv-05867 (LDH)(VMS)

Dear Judge Scanlon:

As you know, this firm represents Plaintiffs Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company, LM Property and Casualty Insurance Company, Safeco Company of Indiana, and American States Insurance Company (collectively, "Liberty Mutual" or " Plaintiffs" ) in this action.

I write with the consent of opposing counsel to report that Plaintiffs have reached a settlement with defendants Diana Vavikova, D.C., Star Chiropractic, P.C. and D.V. Chiropractic Care, P.C. d/b/a 21 Century Chiropractic Care, P.C. Accordingly, I am enclosing a stipulation of dismissal, which I am requesting be So-Ordered by the Court.

The Court's attention to this request is appreciated.

Respectfully submitted,

RIVKIN RADLER LLP

/s/

Frank P. Tiscione

cc: All Counsel (via ECF)

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777